FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA M. SAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK NA, a Nationally Chartered Bank,<br><br>                    Defendant. | No.   2:16-CV-0146-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 7, 2016, the parties filed a Notice of Settlement and Stipulated Dismissal with Prejudice, ECF No. 13. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED:**

   **1.**   The parties' Notice of Settlement and Stipulated Dismissal with Prejudice, **ECF No. 13**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

1  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order

2  and provide copies to all counsel.

3  **DATED** this 8th day of September 2016.

4

5  _____
   SALVADOR MENDOZA, JR.
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER **-** 2